4 17 004

# Fee Waiver Request

Name  Enfendien Bultmer
        Case  04 10695 WGY
    under 28 USC section 1746

Asset          Expenses including dependant

Wages Salary  $ 0 month.   Housing $ 0 month
                                     Rent mortgage, etc

other income    $ 0 month
business profession          Food  $ 0 month
self employment Rent
payments intrest etc.        clothing $ 0 month
Cash  $ 0 month  utilities   $ 0 month
checking or savins account   $ 0 month
property                     $ 0 month
Real estate automobile  F transportation
stock bond etc.              $ 0 month
Phone Electric gas
       wate etc              Debts Liabilities
       $ 0 month             $ 0 month
other Financial sport other   $ 0 month
Public Assistance Alimony  specif
child support gift /signature  Enfendien Bultmer
parent                    (
Spouse other              ( Date
Family member etc.             4 17 004
    $ 0 month