```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

ENFENDIEU BULTUMER,             )
          Petitioner,           )
                                )
     v.                         )     C.A. No. 04-10695-WGY
                                )
IMMIGRATION AND NATURALIZATION  )
SERVICE                         )
          Respondent.           )

                        PROCEDURAL ORDER

By Memorandum and Order dated April 5, 2004, petitioner was granted 21 days to inform the Court whether he wishes to file a Section 2241 habeas petition, and if so, he was also granted 21 days to file such petition accompanied by the $5.00 filing fee or an Application to Proceed Without Prepayment of Fees.  See Docket No. 2. At that time, the Court deferred ruling on petitioner's Motion for Stay of Deportation and ordered the United States to provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

On April 20, 2004 petitioner filed his self-prepared fee waiver request dated April 17, 2004.  See Docket No. 3.  However, petitioner failed to comply with this Court's April 5th Order.

Because petitioner is proceeding pro se, the Court will again direct Mr. Bultumer to inform the Court whether he wishes to file a Section 2241 habeas petition, and if so, to file such petition within fourteen (14) days from the date of this Memorandum and Order.

Based upon the foregoing, it is hereby ORDERED that Mr.

Bultumer shall inform the Court whether he wishes to file a Section 2241 habeas petition, and if so, he shall file such petition within fourteen (14) days from the date of this Procedural Order accompanied by the $5.00 filing fee or an Application to Proceed Without Prepayment of Fees.  The Clerk shall send Mr. Bultumer an Application to Proceed Without Prepayment of Fees and a copy of the April 5, 2004 Memorandum and Order.

SO ORDERED.

Dated at Boston, Massachusetts, this 27th day of April, 2004.

       /s/ William G. Young

      WILLIAM G. YOUNG
      CHIEF JUDGE
      UNITED STATES DISTRICT COURT