UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1

ENFENDIEU BUITIMER
  PETITIONER

  V                                    CA #: 04-10695 WGY

INS
  RESPONDENT

Application for Federal Writ
of Habeas Corpus under
Section 28 USC 2241.

1. September 4, 1998, I am a native of Haiti I entered the United States. I am presently confined at the Plymouth County Jail by the Department of Homeland Security.

2. The basis of my petition is about my illegal deportation and detention by the Department of Homeland Security.

3. The DHS (INS) does not have the statutory authority to deport and detain me under Section 237 (a) (2) (B) (i) of the Immigration and

2

AND NATIONALITY ACT AS AMENDED IN THAT AT ANY TIME AFTER ADMISSION YOU HAVE BEEN CONVICTED OF A VIOLATION OF (OR A CONSPIRACY OR ATTEMPT TO VIOLATE) ANY LAW OR REGULATION OF A STATE, THE UNITED STATES OR A FOREIGN COUNTRY RELATING TO A CONTROLLED SUBSTANCE (AS DEFINED IN SECTION 102 OF THE CONTROLLED SUBSTANCE ACT 21 USC 802) OTHER THAN A SINGLE OFFENSE INVOLVING POSSESSION FOR ONE'S OWN USE OF 30 GRAMS OR LESS OF MARIJUANA; MGL C 94C S 34

MY DEPORTATION IS UNLAWFUL BECAUSE THERE WAS NO DRUGS INVOLVED IN MY CASE. SEE EXHIBIT-A, [POLICE REPORT AND DOCKET SHEET]

ABSENT SUCH A SHOWING THAT ANY DRUGS WERE INVOLVED, MY DEPORTATION IS ILLEGAL AND MY CONTINUED DETENTION IS ALSO ILLEGAL.

THE GOVERNMENT HAS A BURDEN TO SHOW WHERE THEY GOT THE DRUGS FROM.

THEREFORE, PETITIONER PRAYS THAT, THIS HONOURABLE COURT GRANTS PETITIONER'S MOTION AND ORDERED THE PETITIONER RELEASED FROM CUSTODY PENDING A FINAL RESOLUTION IN THIS MATTER.

DATE: 25 MAY, 2004
PLYMOUTH, MA. 02360

MY SENTENCE WAS 86 DAYS.

Respectfully Submitted,
Enfendieu Buttimer
ID # 18527
PCCF, 26 Long Pond Road

Enfendieu Buttimer

3

Immigration Charge me under section 237(a)(2)(B)(i) as defind in section 102 of the controlled substance Act 21 USC 802.

This is what I found under immigration law what the immigration charge me with. Immigration Hold me unLAWFUL under 21 USC 802 Exhibit B under 21 §802 of controlled substance act Drug Abuse Prevention that to be the term as A Felony drug offense means an offense that is punishable by imprisonment for more than one year under any law of the United states or of a state or foreign country that prohibits or restricts conduct relating to narcotic drugs marihuana or depressant or stimulant substance and my sentence was only 86 day. see on page 571 line 44. not even the District court had evidey =the Drug Exhibit C, under (B)(i) except For Liquide. sold in package sizes of not more than 3.0 gram of pseudoephedrine base or 3.0 gram of phenylpropanolamine base, and that is package in blister pack each blister containing not more than two dosage units or where the use of blister pack is technically infeasi-ble, that is package in unit dose Packets or Pouches

Case 1:04-cv-10695-NMG   Document 6   Filed 05/27/2004   Page 4 of 6

Court docket sheet — Commonwealth v. Bultumer, Docket No. 9715 CR 001385, Exhibit A. Scheduled event date 05/29/97 2:00 PM. Handwritten entries illegible.

RECORD APPENDIX # 18

97 00 327
Pre Report
Dog Report
Exhibit ①

## SPECIAL CONDITIONS OF PROBATION

- ☐ D — ALCOHOL 524D PROGRAM
- ☐ 14 — ALCOHOL 14-DAY PROGRAM
- ☐ AT — ALCOHOL EVALUATION OR TREATMENT
- ☐ NA — ALCOHOL, NO
- ☐ NB — ALCOHOL OR ILLICIT DRUGS, NO
- ☐ AA — ALCOHOLICS ANONYMOUS
- ☐ IA — ARREST, NOTIFY PO OF
- ☐ BT — BATTERER PROGRAM
- ☐ CS — COMMUNITY SERVICE
- ☐ OC — COUNSELING, OUTPATIENT
- ☐ CU — CURFEW

- ☐ DD — DEFENSIVE DRIVER PROGRAM
- ☐ DT — DRUG EVALUATION OR TREATMENT
- ☐ ND — DRUGS, NO ILLICIT
- ☐ SE — EMPLOYMENT OR SEEK WORK, STEADY
- ☐ GE — GENERAL EQUIVALENCY DIPLOMA
- ☐ LS — LICENSE SURRENDER; NOT DRIVE
- ☐ MT — MENTAL HEALTH EVALUATION OR TREATMENT
- ☐ CO — NOT ASSOCIATE WITH CODEFENDANTS
- ☐ NF — NOT ASSOCIATE WITH FELONS
- ☐ NC — NOT ASSOCIATE WITH PERSONS ENGAGED IN CRIMINAL ACTIVITY

- ☐ SP — PASSPORT, SURRENDER
- ☐ RB — REPORT BIWEEKLY TO PO
- ☐ RD — REPORT DAILY TO PO
- ☐ RM — REPORT MONTHLY TO PO
- ☐ RW — REPORT WEEKLY TO PO
- ☐ RR — REPORT TO PO WITHIN 24 HRS OF RELEASE
- ☐ RE — RESTITUTION
- ☐ SC — SCHOOL, ATTNED
- ☐ SD — SUPPORT DEPENDENTS
- ☐ UR — URINALYSIS
- ☐ NV — VICTIM, NO CONTACT WITH
- ☐ WS — WEEKEND SENTENCE

OTHER SPECIAL CONDITIONS

chemical with another chemical that is present solely as an impurity.

(41)(A) The term "anabolic steroid" means any drug or hormonal substance, chemically and pharmacologically related to testosterone (other than estrogens, progestins, and corticosteroids) that promotes muscle growth, and includes—

(i) boldenone,
(ii) chlorotestosterone,
(iii) clostebol,
(iv) dehydrochlormethyltestosterone,
(v) dihydrotestosterone,
(vi) drostanolone,
(vii) ethylestrenol,
(viii) fluoxymesterone,
(ix) formebulone,
(x) mesterolone,
(xi) methandienone,
(xii) methandranone,
(xiii) methandriol,
(xiv) methandrostenolone,
(xv) methenolone,
(xvi) methyltestosterone,
(xvii) mibolerone,
(xviii) nandrolone,
(xix) norethandrolone,
(xx) oxandrolone,
(xxi) oxymesterone,
(xxii) oxymetholone,
(xxiii) stanolone,
(xxiv) stanozolol,
(xxv) testolactone,
(xxvi) testosterone,
(xxvii) trenbolone, and
(xxviii) any salt, ester, or isomer of a drug or substance described or listed in this paragraph, if that salt, ester, or isomer promotes muscle growth.

(B)(i) Except as provided in clause (ii), such term does not include an anabolic steroid which is expressly intended for administration through implants to cattle or other nonhuman

species and which has been approved by the Secretary of Health and Human Services for such administration.

(ii) If any person prescribes, dispenses, or distributes such steroid for human use, such person shall be considered to have prescribed, dispensed, or distributed an anabolic steroid within the meaning of subparagraph (A).

(42) The term "international transaction" means a transaction involving the shipment of a listed chemical across an international border (other than a United States border) in which a broker or trader located in the United States participates.

(43) The terms "broker" and "trader" mean a person that assists in arranging an international transaction in a listed chemical by—

(A) negotiating contracts;
(B) serving as an agent or intermediary; or
(C) bringing together a buyer and seller, a buyer and transporter, or a seller and transporter.

(44) The term "felony drug offense" means an offense that is punishable by imprisonment for more than one year under any law of the United States or of a State or foreign country that prohibits or restricts conduct relating to narcotic drugs, marihuana, or depressant or stimulant substances.

(45) The term "ordinary over-the-counter pseudoephedrine or phenylpropanolamine product" means any product containing pseudoephedrine or phenylpropanolamine that is—

(A) regulated pursuant to this subchapter; and

(B)(i) except for liquids, sold in package sizes of not more than 3.0 grams of pseudoephedrine base or 3.0 grams of phenylpropanolamine base, and that is packaged in blister packs, each blister containing not more than two dosage units, or where the use of blister packs is technically infeasible, that is packaged in unit dose packets or pouches; and

(ii) for liquids, sold in package sizes of not more than 3.0 grams of pseudoephedrine base or 3.0 grams of phenylpropanolamine base.

(46)(A) The term "retail distributor" means a grocery store, general merchandise store, drug store, or other entity or person whose activities as a distributor relating to pseudoephedrine or phenylpropanolamine products are limited almost exclusively to sales for personal use, both in number of sales and volume of sales, either directly to walk-in customers or in face-to-face transactions by direct sales.