UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENFENDIEU BULTUMER,            )
        Petitioner,       )
                          )
    v.                     ) Civil Action No. 04-10695-WGY
                          )
JOSEPH F. McDONOUGH, SHERIFF,  )
        Respondent.       )

MEMORANDUM AND ORDER

Now before the Court is petitioner Enfendieu Bultumer's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Application to Proceed Without Prepayment of Fees and Affidavit. Petitioner is an immigration detainee now confined to the Plymouth County Correctional Facility. For the reasons stated below, the Court will direct the Clerk to (1) amend the case caption and (2) to serve the petition.

DISCUSSION

I.  The Clerk Shall Amend the Case Caption

An immigration detainee contesting the legality of his detention normally must name his immediate custodian, "the individual having day to day control over the facility in which he is being detained" as the respondent to the petition. Vasquez v. Reno, 233 F.3d 688, 695-696 (1st Cir. 2000), cert. denied, sub nom. Vazquez v. Ashcroft, 122 S. Ct. 43 (2001); 28 U.S.C. § 2243 (writ of habeas corpus is "directed to the person having custody of the person detained.").

Although petitioner lists the Immigration and Naturalization Service as respondent, the correct respondent is the Sheriff of Plymouth County. Because Joseph F. McDonough is the Sheriff of Plymouth County, the Court will direct the Clerk to amend the case caption to reflect that Joseph F. McDonough, Sheriff of Plymouth County, as the sole respondent in this action.

II.  <u>The Clerk Shall Serve of Petition</u>

The Court will direct the Clerk to serve the petition on (1) Sheriff McDonough; (2) the United States Attorney; and (3) the Special Assistant United States Attorney at the Department of Homeland Security, Bureau for Citizenship and Immigration Services.  <u>See</u> Rules Governing Section 2254 Cases in the United States District Courts, Rule 4 (service) 1(b) (application of rules).

<u>ORDER</u>

ACCORDINGLY, for the reasons stated above,

(1) the Clerk shall correct the case caption to list Joseph F. McDonough, Sheriff of Plymouth County, as the sole respondent in this action;

(2) the Clerk shall serve a copy of the habeas petition upon:  (i) the Office of the United States Attorney; (ii) Frank Crowley, Department of Homeland Security, Special

Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114; AND (iii) Joseph F. McDonough, Sheriff, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360;

   (3) the Respondent shall file an answer (or other responsive pleading) to the habeas petition, within twenty (20) days of receipt of this Order;

   (4) the Respondent shall provide the Court with at least forty-eight (48) hours advance notice of any scheduled deportation or removal of petitioner; and

   (5) the Petitioner's Application to Proceed Without Prepayment of Fees is denied as moot.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>1st</u> day of <u>June</u> 2004.

                                        /s/ William G. Young
                                        WILLIAM G. YOUNG
                                        UNITED STATES DISTRICT JUDGE