```
         UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MASSACHUSETTS
```

ENFENDIEU BULTUMER,         )
                               )
     Petitioner         )
                               )
  v.                    )     Civil Action No.
                               )     04cv10695-WGY
IMMIGRATION AND NATURALIZATION  )
SERVICE,                    )
                               )
     Respondent        )

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rules 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                    By:   <u>s/Frank Crowley</u>
                                  FRANK CROWLEY
                                  Special Assistant U.S. Attorney
                                  Department of Homeland Security
                                  P.O. Box 8728
                                  J.F.K. Station
                                  Boston, MA 02114
                                  (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on June 21, 2004.

s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
