# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Enfendieu Bultumer,
        Plaintiff

V.

Immigration and Naturalization Service
        Defendant

CIVIL ACTION

NO. 04-10695-NMG

## ORDER OF DISMISSAL

GORTON, D. J.

In accordance with the Court's allowance of Respondents motion to dismiss dated 1/26/05, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

1/27/05
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismissal Memo.wpd - 12/98)  [odism.]